United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA LINDSEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-20-303 |
| | § | |
| ANDREW SAUL, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This court has reviewed the Memorandum and Recommendation on Cross-Motions for Summary Judgment of the United States Magistrate Judge signed on January 20, 2021, and made a *de novo* determination. Fed. R. Civ. P. 72(b) ; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Administrative Law Judge's decision denying social security benefits is supported by substantial evidence in the record and that the Administrative Law Judge properly applied the legal standards. Lindsey's motion for summary judgment, (Docket Entry No. 11), is denied, and the Commissioner's cross-motion for summary judgment, (Docket Entry No. 13), is granted.

2

Final judgment dismissing this case with prejudice is entered by separate order.

SIGNED on March 10, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge